803 So.2d 59 (2001)
Nicholas MATRANA
v.
AVONDALE INDUSTRIES, INC., et al.
No. 2001-C-1505.
Court of Appeal of Louisiana, Fourth Circuit.
August 27, 2001.
Steven M. Jupiter, LeBlanc & Waddell, L.L.C., New Orleans, Counsel for Plaintiff/Respondent.
Brian C. Bossier, Mickal P. Adler, Marc E. Devenport, Erin H. Boyd, Blue Williams, L.L.P., Metairie, Counsel for Defendant/Relator.
Court composed of Judge STEVEN R. PLOTKIN, Judge MICHAEL E. KIRBY, Judge MAX N. TOBIAS, Jr.
PLOTKIN, Judge.

WRIT DENIED.
The issues raised by the application for supervisory writs have been presented to this court repetitively. In Callaway v. Anco Insulation, Inc., 98-0397 (La.App. 4 Cir. 3/25/98), 714 So.2d 730, writ denied, 98-1034 (La.11/19/99), 749 So.2d 666, we held that a cause of action for occupational diseases, such as asbestosis and mesothelioma, arises when the injured party is exposed to the toxic substance that causes the disease. See Cole v. Celotex, 599 So.2d 1058 (La.1992). Accord Abadie v. Metropolitan Life Ins. Co., 00-352 (La.App. 5 Cir. 4/11/01), 804 So.2d 11. In Gautreaux v. Rheem Mfg. Co., 96-2193 (La.App. 4 Cir. 12/27/96), 694 So.2d 977, we held that asbestos was not listed substance that, when it caused disease, was covered by workers' compensation. Accordingly, we decline to follow Austin v. Abney Mills, Inc., 34,495 (La.App. 2 Cir. 4/4/01), 785 So.2d 177, or Brunet v. Avondale Industries, Inc., 99-1354 (La.App. 5 Cir. *60 12/5/00), 772 So.2d 974, writ not considered, XXXX-XXXX (La.3/23/01), 787 So.2d 1006.